UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STUART COLMAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE CITY OF SEATTLE,<br><br>　　　　　　Defendant. | CASE NO. C05-0754RSM<br><br>ORDER GRANTING DEFENDANT'S MOTION IN LIMINE PERTAINING TO TESTIMONY OF LEGAL ASSISTANTS |

This matter comes before the Court on defendant's Motion In Limine pertaining to the proposed testimony of plaintiff's counsel's legal assistants. (Dkt. #100). Plaintiff opposes the motion. (Dkt. #108).

Having reviewed the motion, plaintiff's response, and the remainder of the record, the Court hereby ORDERS:

(1) Defendant's Motion In Limine pertaining to testimony of legal assistants (Dkt. #100) is GRANTED. The Court agrees with defendant that the proposed summary chart prepared by plaintiff's counsel, and to which plaintiff's counsel's legal assistants will testify, is not relevant or admissible for the reasons stated in its opposition. Accordingly, the Court will exclude use of the proposed summary chart at this time, and precludes plaintiff's counsel's legal assistants, Ms. Miller and Ms. Woodward, from testifying with respect to that chart.

ORDER
PAGE – 1

(2) The Clerk is directed to send a copy of this Order to all counsel of record.

DATED this 16 day of October, 2006.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER
PAGE – 2